**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOANNE BAKER,**

        **Plaintiff,**

                                                **Civil Action 2:12-cv-00143**
      **v.**                                       **Judge George C. Smith**
                                                **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

## ORDER

      This matter is before the Court for consideration of the September 12, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 15). The Magistrate Judge recommended that the Court grant the parties' Joint Stipulation and Motion for Remand (ECF No. 14) and remand this case to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

      The Report and Recommendation specifically advised the parties that their failure to object to the Report and Recommendation within fourteen days of the Report would result in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 2, ECF No. 15). The time period for filing objections to the Report and Recommendation has expired. Neither party has objected to the Report and Recommendation.

      The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. (ECF No. 15.) Accordingly, this action is **REMANDED** to the Commissioner of Social Security for further proceedings. The Clerk is **DIRECTED** to

terminate this case from the Court's active case list.

**IT IS SO ORDERED.**

_/s/ George C. Smith_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**